ACCEPTED
05-14-01442-cv
FIFTH COURT OF APPEALS
DALLAS, TEXAS
10/21/2015 3:00:40 PM
LISA MATZ
CLERK

**IN THE
COURT OF APPEALS
FIFTH DISTRICT OF TEXAS AT DALLAS**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
10/21/2015 3:00:40 PM
LISA MATZ
Clerk

_____

**NO. 05-14-01442-CV**

_____

**CAPITAL ONE, N.A., Appellant**

**v.**

**STANLEY C. HADDOCK, Appellee**

_____

On Appeal from 44th District Court
Dallas County, Texas
Trial Court Cause No. DC-08-13162

_____

**STIPULATION REGARDING WAIVER OF ORAL ARGUMENT**

COME NOW Appellant, Capital One, N.A., and Appellee, Stanley C. Haddock, and file this Stipulation Regarding Waiver of Oral Argument.

The Court has notified the parties that this matter has been scheduled for oral argument at 3:00 p.m. on December 1, 2015.

The parties believe that the issues in this appeal can be decided without the need for oral argument. Therefore, Appellant, Capital One, N.A., and Appellee, Stanley C. Haddock, hereby waive oral argument in this appeal, and agree that it be decided on submission without oral argument. The parties request that the matter be removed from the oral argument docket.

/s *Brian A. Kilpatrick*

Brian A. Kilpatrick
Texas Bar No. 00784392
JACKSON WALKER L.L.P.
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Direct Dial: (214) 953-5933
Direct Fax: (214) 661-6656
Email: bkilpatrick@jw.com

ATTORNEY FOR APPELLANT
CAPITAL ONE, N.A.


Stephen A. Khoury
State Bar No. 11377500
Lance E. Caughfield
State Bar No. 00796325
KELSOE, KHOURY, ROGERS,
CAUGHFIELD & CLARK, PC
5323 Spring Valley Road, Suite 350
Dallas, Texas 75254
Telephone (972) 661-2227
Telecopier (972) 233-4971
sakhoury@kelsoe-law.com
lance@kelsoe-law.com

ATTORNEYS FOR APPELLEE
STANLEY C. HADDOCK

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Clerk of the Fifth Court of Appeals and also electronically served on counsel of record below on this 21st day of October, 2015.

Stephen A. Khoury
Lance E. Caughfield
KELSOE, KHOURY, ROGERS,
CAUGHFIELD & CLARK, PC
5323 Spring Valley Road, Suite 350
Dallas, Texas 75254
sakhoury@kelsoe-law.com
lance@kelsoe-law.com

/s *Brian A. Kilpatrick*
Brian A. Kilpatrick